IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NICOLE HOVERMAN,

    Plaintiff,

    v.                                      Case No. 20-cv-1050

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.[1]

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Acting Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Acting Commissioner's decision with a remand of the cause to the Acting Commissioner

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, the Appeals Council will remand the matter to an administrative law judge (ALJ) with instructions to offer Plaintiff the opportunity for a new hearing, proceed through the sequential disability evaluation process as appropriate, reevaluate Plaintiff's residual functional capacity, and issue a new decision. If warranted, the ALJ will obtain supplemental vocational expert testimony.

SO ORDERED this \_\_\_9TH\_\_\_ day of AUGUST, 2021.

BY THE COURT:

_____
HONORABLE JAMES D. PETERSON
United States District Judge