IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICOLE HOVERMAN,

Plaintiff,

v.                                                          Case No. 20-cv-1050

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

Defendant.[1]

ORDER

This matter coming before the Court on the parties' Stipulation For

Attorney Fees Under the Equal Access to Justice Act, and the Court, being duly

advised, it is hereby ordered that:

Plaintiff be awarded $8,279.76 (eight thousand two hundred seventy-nine

dollars and seventy-six) in fees and $0.00 (zero dollars and zero cents) in costs

under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). This award

of attorney fees will fully satisfy any and all of Plaintiff's claims for fees, costs,

and expenses under 28 U.S.C. § 2412. After the Court enters this award, if

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.
Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be
substituted, therefore, for Andrew Saul as the defendant in this suit. No further action
need be taken to continue this suit by reason of the last sentence of section 205(g) of the
Social Security Act, 42 U.S.C. § 405(g).

counsel for Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant will direct that the award be made payable to Plaintiff's attorney.

Entered on this 5ᵗʰ day of Nov 2021.

BY THE COURT:

/s/ James D. Peterson

HON. JAMES D. PETERSON
United States District Judge